United States District Court
Western District of Kentucky
Louisville Division
Civil Action No. 3:23-cv-509-DJH

*FILED ELECTRONICALLY*

| | |
|---|---|
| Marcus Holland | Plaintiff |
| and | |
| ATA Comp Fund | Intervening Plaintiff |
| v. | |
| Andualem Workneh | |
| and | |
| Pol Trucking LLC | Defendants/ Intervening Defendants |

## INTERVENING COMPLAINT

Intervening Plaintiff, ATA Comp Fund, by counsel, states as follows for its cause of action against the Intervening Defendants, Andualem Workneh and Pol Trucking LLC (collectively, the "Intervening Defendants"):

1. Intervening Plaintiff ATA Comp Fund is a self-insured workers compensation fund for members of the Alabama Trucking Association. ATA Comp Fund is located at 7550 Halcyon Pointe Drive, 2nd Floor, Montgomery, AL 36117.

2. Marcus Holland's employer, Boyd Brothers Transportation, Inc., is a member of Alabama Trucking Association.

3. Intervening Defendant Andualem Workneh ("Mr. Workneh") is believed to be a resident of Stone Mountain, Georgia.

4. Intervening Defendant Pol Trucking LLC is believed to be a Georgia Limited Liability Company.

5. Plaintiff Marcus Holland ("Mr. Holland") was at all pertinent times herein a resident of Munford, Talladega County, Alabama and a driver for Boyd Brothers Transportation, Inc.

6. There is complete diversity of citizenship as the Intervening Plaintiff is a citizen of Alabama, and the Defendants are citizens of Georgia to comply with this Court's original subject matter jurisdiction pursuant to 28 U.S.C. §1332.

7. This Court has personal jurisdiction over the Intervening Defendants pursuant to KRS 454.210(2).

8. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b) as the incident giving rise to the action occurred in Hardin County Kentucky.

9. ATA Comp Fund is subrogated to the extent of the payments made, and to be made in the future, on behalf of Mr. Holland, all of which ATA Comp Fund is entitled to recover from the Intervening Defendants.

10. On or about October 21, 2021, on I-65 South in Elizabethtown, Kentucky, Mr. Holland was injured when the flatbed truck Mr. Holland was operating was struck by the Pol Trucking LLC's truck operated by Mr. Workneh in the course of his employment with Pol Trucking LLC.

11. As a result of the Intervening Defendants' negligence, Mr. Holland was injured and has filed in Hardin County Circuit Court a Complaint for damages which was then removed to this Court. (A copy of Mr. Holland's Complaint is attached as Exhibit A.) The fact and allegations

presented in said Complaint, Exhibit A, are hereby incorporated into ATA Comp Fund's Intervening Complaint as if restated in its entirety.

12. As a direct and proximate result of the negligence of the Intervening Defendants, ATA Comp Fund provided workers' compensation medical and indemnity benefits to Mr. Holland pursuant to Alabama Workers' Compensation Statute.

13. ATA Comp Fund has paid, and may be obligated in the future to pay, workers' compensation benefits to and/or on behalf of Mr. Holland as the result of the October 21, 2021 work incident described above.

14. ATA Comp Fund is entitled to pursue a subrogation claim to recoup from the Intervening Defendants all workers compensation benefits that it has paid or will be required to pay in the future to and on behalf of Plaintiff Mr. Holland as a result of the negligence of the Intervening Defendants.

WHEREFORE, Intervening Plaintiff ATA Comp Fund respectfully demands as follows:

1. Judgment against Intervening Defendants Andualem Workneh and Pol Trucking LLC in an amount equal to the benefits paid to or on behalf of the Plaintiff Marcus Holland or payable in the future to and on behalf of Plaintiff Marcus Holland;

2. For its costs herein expended;

3. For a trial by jury on all issues so triable; and,

4. For any and all further relief to which it may be entitled.

Respectfully submitted,

SEWELL & NEAL, PLLC

/s/ Berlin Tsai
George T.T. Kitchen, III
Berlin Tsai
220 W. Main Street, Suite 1800
Louisville, KY  40202
(502) 582-2030 phone
(502) 561-0766 fax
btsai@sonlegal.com
*Counsel for Intervening Plaintiff*

## **CERTIFICATE OF SERVICE**

I do hereby certify that a copy of the foregoing was electronically served this 4th day of October, 2023 to:

David Barber, Esquire
Thomas Law Offices, PLLC
9418 Norton Commons Blvd, Suite 200
Louisville, KY 40059
david.barber@thomaslawoffices.com
*Counsel for Plaintiff*

Stockard R. Hickey III, Esquire
Kopka Pinkus Dolin, PC
462 S. Fourth Street, Suite 101
Louisville KY 40202
srhickey@kopkalaw.com
*Counsel for Defendants*

/s/ Berlin Tsai