UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

MARCUS HOLLAND, Plaintiff,

and

ATA COMP FUND, Intervening Plaintiff,

v.  Civil Action No. 3:23-cv-509-DJH-RSE

ANDUALEM WORKNEH and POL TRUCKING, Defendants.

\* \* \* \* \*

## ORDER

Plaintiff Marcus Holland and Defendants Andualem Workneh and Pol Trucking having filed an agreed order of dismissal with prejudice as to Holland's claims against Andualem Workneh and Pol Trucking (Docket No. 37), and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** as follows:

(1) Holland's claims against Andualem Workneh and Pol Trucking are **DISMISSED** with prejudice. The Clerk of Court is **DIRECTED** to terminate Andualem Workneh and Pol Trucking as defendants in the record of this matter.

(2) All claims having been resolved (*see* D.N. 36), this matter is **DISMISSED** with prejudice, **STRICKEN** from the Court's docket, and **CLOSED**.

August 26, 2024

David J. Hale, Judge
United States District Court

1